UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Mujahid A. Thomas, | Case No.: 2:25-cv-01698-APG-MDC |
|---|---|
| Plaintiff | **Order** |
| v. | [ECF Nos. 18, 19, 20, 26] |
| Findlay-Schneider, LLC, | |
| Defendants | |

Plaintiff Mujahid Thomas moves for entry of default and default judgment. ECF Nos. 18, 19. Defendant Findlay-Schneider, LLC (incorrectly identified by plaintiff as Findlay Acura) moves for summary judgment because Thomas "has incorrectly named the defendant and is pursuing redress against an unknown entity." ECF No. 20 at 1. After briefing was complete on the motion for summary judgment, Thomas filed a second response (more appropriately, a surreply) to that motion without permission. ECF No. 25. This caused Findlay to move to strike the surreply. ECF No. 26. After briefing was complete on the motion to strike, Thomas filed surreply to that motion without permission. ECF No. 29. Findlay has not yet moved to strike that surreply. Hopefully this order will forestall that and get the case back on track.

First, I deny Thomas' motions for default and default judgment. Thomas did not properly serve the defendant with process because service was not made on someone who was authorized under Federal Rule of Civil Procedure 4(h). ECF No. 24 at 7. Because service was ineffective, Thomas is not entitled to default or default judgment at this time. Defendant's counsel has agreed to accept service on behalf of Findlay once the caption is corrected to reflect Findlay's proper name. ECF No. 24 at 4. That will resolve the problem with service.

Next, I grant Findlay's motion to strike Thomas' surreply (ECF No. 25) to the motion for summary judgment. "Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." Local Rule 7-2(b). Thomas did not obtain leave of court to file the surreply. Moreover, even after Thomas was informed about this rule (ECF No. 26 at 2-3), he filed another surreply regarding the motion to strike his first surreply. ECF No. 29. Even though Thomas is appearing pro se, he must follow the rules. If he continues to violate the rules, sanctions will be imposed.

I THEREFORE ORDER that Thomas' motions for default and default judgment **(ECF Nos. 18, 19) are denied.**

I FURTHER ORDER the clerk of court to change the name of the defendant in the case caption from Findlay Acura to Findlay-Schneider, LLC.

I FURTHER ORDER that Findlay's motion for summary judgment **(ECF No. 20) is denied without prejudice.**

I FURTHER ORDER that Findlay's motion to strike **(ECF No. 26) is granted**. I order the clerk of court to **strike ECF Nos. 25 and 29**.

I FURTHER ORDER the defendant to file a notice of acceptance of service of process by December 15, 2025.

DATED this 5th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE